■ In the Matter of DREW FEUER, Petitioner v JUSTICES OF THE SUPREME COURT OF NEW YORK, KINGS COUNTY et al., Respondents. [707 NYS2d 340] —Proceeding pursuant to CPLR article 78 to prohibit the respondents from continuing the prosecution of a criminal action entitled *People v Feuer,* presently pending in the Supreme Court, Kings County, under Indictment Number 7700/99.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Joy, J. P., Florio, H. Miller and Smith, JJ., concur.